IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 1:17-174 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| DAMON PEAKE | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DAMON PEAKE, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
March 7, 2017

BETH DRAKE
UNITED STATES ATTORNEY


By: _____
JD Rowell (#9802)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
JD.Rowell@usdoj.gov