IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 1:17-174 |
| | ) | |
| v. | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| DAMON PEAKE | ) | **AD PROSEQUENDUM** |

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, DAMON PEAKE, is presently incarcerated at the Aiken County Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver DAMON PEAKE, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

1

PJG

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

March 7, 2017

BETH DRAKE
UNITED STATES ATTORNEY


By: _____
JD Rowell (#9802)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
JD.Rowell@usdoj.gov