# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

United States of America

vs.

**DAMON PEAKE**                               Case No. 1:17-174

    Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder by the Judicial Council of the Fourth Circuit,

    IT IS ORDERED that the Federal Public Defender is appointed to represent the above-named individual.

*[signature]*
PAIGE J. GOSSETT
United States Magistrate Judge

Columbia, South Carolina
Date: March 21, 2017