# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### AIKEN DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. 1:17-174

DAMON PEAKE

## **PLEA**

The Defendant, DAMON PEAKE, acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

_____
(Signed)     Defendant

Columbia, South Carolina
March 21 , 2017