## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

## AIKEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO.:   1:17-174 |
| | ) | |
| -vs- | ) | MOTION TO DISCLOSE |
| | ) | INTENTION TO USE |
| | ) | EVIDENCE |
| **DAMON PEAKE** | ) | |

**TO:   MR. JOHN DAVID ROWELL**
         **Assistant United States Attorney**

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, **DAMON PEAKE**, will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

Respectfully submitted,

s/KATHERINE E. EVATT
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina  29201
Telephone:   (803) 765-5078
ATTORNEY ID# 7044
Email address: Katherine_Evatt@fd.org

Columbia, South Carolina

March 21, 2017