AO 442 (Rev. 11/11) Arrest Warrant

FID 10277342

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

**RECEIVED**
**MAR 0 8 2017**

United States of America
v.

Case No. 1:17-174

DAMON PEAKE
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAMON PEAKE,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 853, 881
Title 18, United States Code, Sections 924(c)(1)(A), 924(d)
Title 28, United States Code, Section 2461(c)

Date: March 7, 2017

s/Mary Deal
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Columbia, South Carolina

### Return

This warrant was received on *(date)* MAR 0 8 2017, and the person was arrested on *(date)* 03-21-2017
at *(city and state)* Aiken, SC.

Date: 03-22-2017

Writ/detainer p/u by S/A Marlam, ATF
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*