IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO.    1:17-174 (MGL) |
|---|---|---|
| | ) | |
| vs. | ) | NOTICE OF REQUEST |
| | ) | FOR PROTECTION FROM |
| DAMON PEAKE | ) | COURT APPEARANCE |

The undersigned counsel for the defendant respectfully requests protection from court appearances Wednesday, November 8, 2017, through Tuesday, November 14, 2017. Counsel is scheduled to be out of the country during this time attending a wedding. At this time, counsel has no scheduled court appearances which conflict with these dates.

Respectfully submitted,

s/KATHERINE E. EVATT
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina  29201
Telephone:  (803) 765-5078
ATTORNEY ID# 7044
Email address: Kathy_Evatt@fd.org

Columbia, South Carolina

June 20, 2017