# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CR. NO.   1:17-174 (MGL) |
| ) | |
| ) | **MOTION TO EXTEND TIME TO** |
| -vs ) | **FILE OBJECTIONS TO THE** |
| ) | **PRESENTENCE REPORT** |
| **DAMON PEAKE** ) | |

  Counsel for the defendant moves the court to grant her and the defendant additional time to review the presentence report, obtain additional information, and to file any necessary objections. Objections are currently due on November 10, 2017. Counsel is scheduled to be out of the country November 8, 2017, through November 14, 2017. A Request for Protection was filed on June 20, 2017 (Docket Entry 29).

  For the above reasons, counsel respectfully requests the court to grant two additional weeks for the filing of objections to the presentence investigation report, making objections due on November 27, 2017.

              Respectfully submitted,

              s/KATHERINE E. EVATT
              Assistant Federal Public Defender
              1901 Assembly Street, Suite 200
              Columbia, South Carolina   29201
              Telephone: (803) 765-5078
              ATTORNEY ID #7044
              E-mail Address: Kathy_Evatt@fd.org

Columbia, South Carolina

November 7, 2017